REINIE HAMMERSMITH, Respondent, and MARY HAMMERSMITH and Others, Plaintiffs, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order granting plaintiff Reinie Hammersmith a preference and severing the action as to her affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of AUBURNDALE HEIGHTS, INC., a Bankrupt, Appellant, to Have a Certain Judgment of LOUIS JACOBSON, Respondent, Canceled and Discharged of Record.— Order denying appellant's motion to discharge a judgment against it and in favor of defendant Jacobson affirmed, with fifty dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Petition of GEORGE W. OLVANY and RICHARD A. CORROON to Render and Settle Their Accounts as Executors of the Estate of ANTONIN CHAPAL, Late of Central Park, Long Island, New York, Deceased. BELLE FERGUSON, Also Known as BELLE O'BRIEN, Appellant; GEORGE W. OLVANY and RICHARD A. CORROON, as Executors and Trustees, etc., of ANTONIN CHAPAL, Deceased, Respondents.— Order of the Surrogate's Court of Nassau county reversed on the law and the facts, without costs, and appellant's default opened to permit her to file objections and to offer proof in support of her claim. In our opinion, the denial of the motion to open her default was an abuse of discretion. The appellant was lulled into inaction, both before and after the decree on the intermediate accounting was entered, by conferences and an anticipation of a settlement of her claim, and her default, we think, is excusable. The executors are to be protected to the extent that they have distributed assets of the estate pursuant to the will and the decree of the surrogate. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Sixth and Final Account of HOWARD A. SPERRY, as Committee of the Person and Estate of EDNA L. MITCHELL an Incompetent Person, Appellant. SIDNEY SZERLIP, as Special Guardian, etc., of EDNA L. MITCHELL, an Incompetent Person, Respondent.— Order as amended denying motion to limit the examination by special guardian affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JACK KAUFMAN, Doing Business as the EMERSON-STEUBIN MILLS, Respondent, v. BAY STATE UPHOLSTERING COMPANY, Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.